UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-127 JD |
| | ) | |
| DENEEN LEWIS | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 21, 2013 [DE 23]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Deneen Lewis' plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:  March 20, 2013

                                        /s/ JON E. DEGUILIO
                                        Judge
                                        United States District Court